UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LUCIANO,<br><br>    Plaintiff,<br><br>v.<br><br>GS OPERATING, LLC,<br><br>    Defendant. | Case No. 24-cv-05408-JD<br><br>**ORDER RE REMAND** |

At the parties' joint request, Dkt. No. 49, the case is remanded to the Superior Court of California for the County of Alameda.

**IT IS SO ORDERED.**

Dated: December 2, 2025

JAMES DONATO
United States District Judge